UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CALVIN L. REDD** | **CIVIL ACTION NO. 20-1617** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, together with the written Objection [Doc. No. 8] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Calvin L. Redd's Petition is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 1st day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE